**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **EMMANUEL PHILLIPS,** | ) | **NO. EDCV 20-2005 VAP (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **ORDER ACCEPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS OF UNITED** |
| **STU SHERMAN, Warden, et al.,** | ) | **STATES MAGISTRATE JUDGE** |
| | ) | |
| **Respondents.** | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//
//
//
//

1

1        Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment

2   shall be entered dismissing this action with prejudice.

3

4   DATED: October 5, 2021

5

6                                               _____
                                                VIRGINIA A. PHILLIPS
7                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2