JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMANUEL PHILLIPS, | ) | NO. EDCV 20-2005 VAP (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STU SHERMAN, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 5, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE